

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2020

No. 04-20-00429-CV

**IN THE INTEREST OF Y.Z., N.A.Z., J.F.Z., AND V.V.Z., CHILDREN**

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3814CCL
Honorable Sergio J. Gonzalez, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant's brief was originally due to be filed on October 12, 2020.[1] On October 9, 2020, appellant filed a motion requesting an extension of time until October 23, 2020 to file the brief.

The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

The motion is GRANTED, and appellant's brief must be filed no later than **October 23, 2020**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2020.

---

[1] Appellant's motion states her brief is due on Tuesday, October 13, 2020, due to "a Monday holiday (Columbus Day)." However, neither the State of Texas nor Bexar County recognizes Columbus Day as a "legal holiday," and this court is open for business that day. *See* TEX. R. APP. P. 44.1(a) (extending appellate deadlines that fall on "a legal holiday").



Michael A. Cruz,
Clerk of Court